WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Patricia Handal*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA HANDAL, an individual,

Plaintiff,

vs.

STATE OF NEVADA ex rel. its BOARD OF
VETERINARY MEDICAL EXAMINERS;
and JENNIFER PEDIGO, in her individual and
official capacities.

Defendants.

CASE NO: 3:20-cv-00616-MMD-WGC

**STIPULATION AND ORDER
EXTENDING TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

**(First Request)**

Plaintiff PATRICIA HANDAL and Defendants STATE OF NEVADA ex rel. its BOARD OF

VETERINARY MEDICAL EXAMINERS and JENNIFER PEDIGO, by and through their respective

counsel, and hereby stipulate and agree that Plaintiff may have a two (2)-week extension of time,

**through and including Friday, February 5, 2021,** to file their opposition to *Defendants' Motion to

Dismiss* (ECF 010). Further, the parties stipulate and agree that any reply filed by Defendants' shall be

due on or before **Friday, February 19, 2021**. Pursuant to this stipulation, the parties hereby request

that the Court grant this enlargement of time. This is the first request for such an extension and the

parties submit that the request is made in good faith and not for the purpose of delay.

. . .

. . .

. . .

. . .

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

1

1  | Dated this 22nd Day of January 2021.        THE GEDDES LAW FIRM, P.C.

2

3

4                                               KRISTEN R. GEDDES
                                                Nevada Bar Number 9027
5                                               1575 Delucchi Lane, Suite 206
                                                Reno, Nevada 89502
6                                               Telephone: (775) 853-9455
                                                Fax: (775) 299-5337
7                                               Kristen@thegeddeslawfirm.com
                                                *Attorneys for Plaintiff Patricia Handal*

8                                                   *Electronic Signature Authorized*

9  | Dated this 22nd Day of January 2021.        By:    */s/ Carrie Parker, Esq.*

10                                                  CARRIE L. PARKER
                                                    Deputy Attorney General
11                                                  Nevada Bar No. 10952
                                                    CAMERON P. VANDENBERG
12                                                  Chief Deputy Attorney General
                                                    Nevada Bar No. 4356
13                                                  Office of the Attorney General
                                                    5420 Kietzke Lane, Suite 202
14                                                  Reno, NV  89511
                                                    (775) 687-2110 (phone)
15                                                  (775) 688-1822 (fax)
                                                    cparker@ag.nv.gov
16                                                  cvandenberg@ag.nv.gov
17

18                                                  *Attorneys for Defendants, State of Nevada,*
                                                    *ex rel. its Board of Veterinary Medical*
19                                                  *Examiners, and Jennifer Pedigo*

20

21

22                                                  **ORDER**

23

24 | Dated:   January 25, 2021                       IT IS SO ORDERED

25

26

27                                                  UNITED STATES DISTRICT JUDGE

28

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

2

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **January 22, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order Enlarging Time for Plaintiff to Respond to Defendants' Motion to Dismiss (First Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

CARRIE L. PARKER
Deputy Attorney General
Nevada Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
cparker@ag.nv.gov
cvandenberg@ag.nv.gov

*Attorneys for Defendants, State of Nevada,*
*ex rel. its Board of Veterinary Medical*
*Examiners, and Jennifer Pedigo*

KRISTEN R. GEDDES
An employee of the Geddes Law
Firm, P.C.

3