WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Patricia Handal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA HANDAL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. its BOARD OF VETERINARY MEDICAL EXAMINERS; and JENNIFER PEDIGO, in her individual and official capacities.<br><br>　　　　　　　Defendants. | CASE NO: 3:20-cv-00616-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**<br><br>**(Second Request)** |

　　　　Plaintiff PATRICIA HANDAL and Defendants STATE OF NEVADA ex rel. its BOARD OF VETERINARY MEDICAL EXAMINERS and JENNIFER PEDIGO, by and through their respective counsel, and hereby stipulate and agree that Plaintiff may have an additional one (1)-week extension of time, **through and including Friday, February 12, 2021**, to file their opposition to *Defendants' Motion to Dismiss* (ECF 010).  Further, the parties stipulate and agree that any reply filed by Defendants shall be due on or before **Friday, February 26, 2021**.  Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time.  This is the second request for such an extension by Plaintiff, and the parties submit that the request is made in good faith and not for the purpose of delay.

. . .

. . .

. . .

1

| | | |
|---|---|---|
| Dated this 5th Day of February 2021. | | THE GEDDES LAW FIRM, P.C. |

_____
KRISTEN R. GEDDES
Nevada Bar Number 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Kristen@thegeddeslawfirm.com
*Attorneys for Plaintiff Patricia Handal*

*Electronic Signature Authorized*

Dated this 5th Day of February 2021.    By: ___/s/ Carrie Parker, Esq._____
　　　　　　　　　　　　　　　　　　　　　CARRIE L. PARKER
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 10952
　　　　　　　　　　　　　　　　　　　　　CAMERON P. VANDENBERG
　　　　　　　　　　　　　　　　　　　　　Chief Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 4356
　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　5420 Kietzke Lane, Suite 202
　　　　　　　　　　　　　　　　　　　　　Reno, NV  89511
　　　　　　　　　　　　　　　　　　　　　(775) 687-2110 (phone)
　　　　　　　　　　　　　　　　　　　　　(775) 688-1822 (fax)
　　　　　　　　　　　　　　　　　　　　　cparker@ag.nv.gov
　　　　　　　　　　　　　　　　　　　　　cvandenberg@ag.nv.gov

*Attorneys for Defendants, State of Nevada, ex rel. its Board of Veterinary Medical Examiners, and Jennifer Pedigo*

**ORDER**

Dated: 2/8/2021                           IT IS SO ORDERED

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **February 5, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order Enlarging Time for Plaintiff to Respond to Defendants' Motion to Dismiss (Second Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

CARRIE L. PARKER
Deputy Attorney General
Nevada Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
    cparker@ag.nv.gov
    cvandenberg@ag.nv.gov

*Attorneys for Defendants, State of Nevada, ex rel. its Board of Veterinary Medical Examiners, and Jennifer Pedigo*

KRISTEN R. GEDDES
An employee of the Geddes Law Firm, P.C.

3