WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Patricia Handal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA HANDAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. its BOARD OF VETERINARY MEDICAL EXAMINERS; and JENNIFER PEDIGO, in her individual and official capacities.<br><br>Defendants. | CASE NO: 3:20-cv-00616-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE STIPULATION FOR DISMISSAL**<br><br>**(First Request)** |

Plaintiff PATRICIA HANDAL and Defendants STATE OF NEVADA ex rel. its BOARD OF VETERINARY MEDICAL EXAMINERS and JENNIFER PEDIGO, by and through their respective counsel, hereby stipulate and agree to request a two-week extension of time, up to and including **May 7, 2021**, to file a Stipulation for Dismissal in this action.

The parties reached settlement at the Early Neutral Evaluation held March 10, 2021, whereby the deadline to file a dismissal in this action was set for Friday, April 23, 2021. ECF No. 28. At this time, the parties have secured a fully executed Settlement Agreement and are presently waiting for the issuance and transmittal of the settlement proceeds, which the parties anticipate will occur within the next two-weeks. On that basis, the parties jointly stipulate and agree to request that the Court grant an enlargement of time to facilitate the exchange of the settlement proceeds.

. . .

. . .

1

This is the first request for such an extension by the parties, and the parties submit that the request is made in good faith and not for the purpose of delay.

Dated this 21st Day of April 2021.   THE GEDDES LAW FIRM, P.C.

 /s/ Kristen R. Geddes, Esq.
KRISTEN R. GEDDES
Nevada Bar Number 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Kristen@thegeddeslawfirm.com
*Attorneys for Plaintiff Patricia Handal*

*Electronic Signature Authorized*

Dated this 21st Day of April 2021.   By:   /s/ Carrie Parker, Esq.
CARRIE L. PARKER
Deputy Attorney General
Nevada Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
cparker@ag.nv.gov
cvandenberg@ag.nv.gov

*Attorneys for Defendants, State of Nevada, ex rel. its Board of Veterinary Medical Examiners, and Jennifer Pedigo*

**ORDER**

Dated: 3/21/2021     IT IS SO ORDERED

_____
DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **April 21, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order Enlarging Time to File Stipulation for Dismissal (First Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

CARRIE L. PARKER
Deputy Attorney General
Nevada Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
   cparker@ag.nv.gov
   cvandenberg@ag.nv.gov

*Attorneys for Defendants, State of Nevada, ex rel. its Board of Veterinary Medical Examiners, and Jennifer Pedigo*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen R. Geddes, Esq.
　　　　　　　　　　　　　　　　　　　　　　　KRISTEN R. GEDDES
　　　　　　　　　　　　　　　　　　　　　　　An employee of the Geddes Law Firm, P.C.

3