WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Telephone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Patricia Handal*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HANDAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. its BOARD OF VETERINARY MEDICAL EXAMINERS; and JENNIFER PEDIGO, in her individual and official capacities.<br><br>Defendants. | CASE NO: 3:20-cv-00616-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

///

///

///

///

///

///

///

///

///

///

///

///

1

counsel of record, that this matter be dismissed with prejudice, each party to bears its own costs and attorneys' fees.

Dated this 28th day of April 2021.

| THE GEDDES LAW FIRM, P.C. | AARON D. FORD |
| | Attorney General |

*Electronic Signature Authorized*  *Electronic Signature Authorized*

*/s/ Kristen R. Geddes, Esq.*   */s/ Carrie L. Parker, Esq.*
WILLIAM J. GEDDES  CARRIE L. PARKER
Nevada Bar No. 6984  Deputy Attorney General
KRISTEN R. GEDDES  Nevada Bar No. 10952
Nevada Bar Number 9027  CAMERON P. VANDENBERG
1575 Delucchi Lane, Suite 206  Chief Deputy Attorney General
Reno, Nevada 89502  Nevada Bar No. 4356
*Attorneys for Plaintiff Patricia Handal*  Office of the Attorney General
 5420 Kietzke Lane, Suite 202
 Reno, NV 89511
 *Attorneys for Defendants, State of Nevada, ex rel. Board of Veterinary Medical Examiners, and Jennifer Pedigo*

**ORDER**

Dated: April 28, 2021                    IT IS SO ORDERED.

                                                                            _____
                                                                            DISTRICT COURT JUDGE